Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## Northern District of Texas

In re    **Pacific Galveston Properties, LP**            Case No.    **10-30122**

                                             Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AAA Plumbers<br>P. O. Box 40291<br>Houston, TX 77240 | AAA Plumbers<br>P. O. Box 40291<br>Houston, TX 77240 | | | 4,980.57 |
| Allied Waste<br>P. O. Box 78756<br>Phoenix, AZ 85062 | Allied Waste<br>P. O. Box 78756<br>Phoenix, AZ 85062 | | | 1,972.27 |
| American Fence<br>P. O. Box 19040<br>Phoenix, AZ 85005 | American Fence<br>P. O. Box 19040<br>Phoenix, AZ 85005 | | | 763.81 |
| Apartment Data<br>1500 South Dairy Ashford<br>Suite 175<br>Houston, TX 77077 | Apartment Data<br>1500 South Dairy Ashford<br>Suite 175<br>Houston, TX 77077 | | | 265.00 |
| Binswanger Glass<br>P. O. Box 277586<br>Atlanta, GA 30384 | Binswanger Glass<br>P. O. Box 277586<br>Atlanta, GA 30384 | | | 308.52 |
| Century Air Conditioning<br>P. O. Box 201864<br>Houston, TX 77216 | Century Air Conditioning<br>P. O. Box 201864<br>Houston, TX 77216 | | | 1,139.04 |
| Classified Ventures<br>2563 Collection Center Drive<br>Chicago, IL 60693 | Classified Ventures<br>2563 Collection Center Drive<br>Chicago, IL 60693 | | | 433.00 |
| For Rent<br>75 Remittance Drive<br>No. 1711<br>Chicago, IL 60675 | For Rent<br>75 Remittance Drive<br>No. 1711<br>Chicago, IL 60675 | | | 598.00 |
| Galveston Chamber of Commerce<br>519 25th Street<br>Galveston, TX 77550 | Galveston Chamber of Commerce<br>519 25th Street<br>Galveston, TX 77550 | | | 400.00 |
| Guthrie Pools<br>2009 Kingsdale<br>Montgomery, TX 77356 | Guthrie Pools<br>2009 Kingsdale<br>Montgomery, TX 77356 | | | 460.00 |
| HD Supply<br>P. O. Box 509058<br>San Diego, CA 92150 | HD Supply<br>P. O. Box 509058<br>San Diego, CA 92150 | | | 4,634.28 |
| Loving Care Housekeeping<br>5658 Belcrest Street<br>Houston, TX 77033 | Loving Care Housekeeping<br>5658 Belcrest Street<br>Houston, TX 77033 | | | 6,021.00 |
| NE Construction<br>420 Southfork Drive<br>Lewisville, TX 75057 | NE Construction<br>420 Southfork Drive<br>Lewisville, TX 75057 | Construction Draws | | 1,149,410.50 |

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  Pacific Galveston Properties, LP                                              Case No. 10-30122
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, or disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Network Communications<br>P. O. Box 402168<br>Atlanta, GA 30384 | Network Communications<br>P. O. Box 402168<br>Atlanta, GA 30384 | | | 434.44 |
| Neza Carpet Cleaning<br>934 Ashland Blvd.<br>Channelview, TX 77530 | Neza Carpet Cleaning<br>934 Ashland Blvd.<br>Channelview, TX 77530 | | | 344.94 |
| Realpage<br>P. O. Box 671339<br>Dallas, TX 75267 | Realpage<br>P. O. Box 671339<br>Dallas, TX 75267 | | | 612.79 |
| Texas Environments<br>P. O. Box 720219<br>Houston, TX 77272 | Texas Environments<br>P. O. Box 720219<br>Houston, TX 77272 | | | 7,100.00 |
| Velocity<br>P. O. Box 671622<br>Dallas, TX 75267 | Velocity<br>P. O. Box 671622<br>Dallas, TX 75267 | | | 1,363.41 |
| WG Remodeling<br>157 Greenridge Circle<br>League City, TX 77573 | WG Remodeling<br>157 Greenridge Circle<br>League City, TX 77573 | | | 1,306.00 |
| Wilmar<br>P. O. Box 404284<br>Atlanta, GA 30384 | Wilmar<br>P. O. Box 404284<br>Atlanta, GA 30384 | | | 855.28 |

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date  January 4, 2010                    Signature  /s/ David Hendricks
                                                    David Hendricks
                                                    President of General Partner

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                            18 U.S.C. §§ 152 and 3571.