United States Bankruptcy Court
Northern District of Texas

In re  Pacific Galveston Properties, LP
                     Debtor,

Case No. 10-30122

Chapter 11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| PAAC Investment Group, Inc.<br>13810 Champion Forest Drive<br>Suite 150<br>Houston, TX 77069 | Limited Partnership Units | 50 Units | Limited Partner |
| Pacific American Advisors Company<br>13810 Champion Forest Drive<br>Suite 150<br>Houston, TX 77069 | Limited Partnership Interest | 1 Unit | General Partner |
| T Island Bay Corp.<br>1800 Valley View Lane<br>Suite 300<br>Dallas, TX 75234 | Limited Partnership Unit | 49 Units | Limited Partner |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of General Partner of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **January 4, 2010**

Signature **/s/ David Hendricks**
David Hendricks
President of General Partner

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

___0___ continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy